```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 12141
    VERONICA BROWN MONTGOMERY
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-1063


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/08/2007 and was not confirmed.

     The case was dismissed without confirmation 09/13/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG         .00             .00           .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE      17827.09           .00           .00
WELLS FARGO OPERATION CE CURRENT MORTG         .00             .00           .00
BRAZOS                   UNSECURED         NOT FILED          .00           .00
BRAZOS                   UNSECURED         NOT FILED          .00           .00
B-REAL LLC               UNSECURED           7159.31          .00           .00
COMCAST                  UNSECURED         NOT FILED          .00           .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED          .00           .00
CHRYSLER FINANCIAL CO LL UNSECURED         NOT FILED          .00           .00
CHRYSLER FINANCIAL CO LL UNSECURED         NOT FILED          .00           .00
DARVIN FURNITURE         UNSECURED         NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI UNSECURED          11291.67          .00           .00
DSNB MACYS               UNSECURED         NOT FILED          .00           .00
TSYS DEBT MANAGEMENT     UNSECURED            373.85          .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED            624.71          .00           .00
SEARS ROEBUCK            UNSECURED         NOT FILED          .00           .00
SILKIES                  UNSECURED         NOT FILED          .00           .00
WELLS FARGO HOME MTG     NOTICE ONLY       NOT FILED          .00           .00
WELLS FARGO OPERATION CE SECURED NOT I       3586.22          .00           .00
MICHAEL HOARD            DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                          580.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    580.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                         580.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12141 VERONICA BROWN MONTGOMERY
```

```
                               ---------------    ---------------
TOTALS                                580.00             580.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/27/07            _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 07 B 12141 VERONICA BROWN MONTGOMERY